Christopher M. Paparella (CP 8881)
Jason A. Masimore (JM 8165)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Defendant Gerard A. Neumann

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MICHAEL P. TIERNEY, | Civ. No.: 1:07-cv-04090-BSJ |
| Plaintiff, | |
| -against- | **DECLARATION OF SERVICE AND FILING** |
| GERARD A. NEUMANN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to 28 U.S.C. § 1746, JASON A. MASIMORE declares:

1. I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, counsel for Defendant Gerard A. Neumann.

2. On May 25, 2007, the Notice of Removal of Defendant Neumann was duly filed in the United States District Court for the Southern District of New York.

3. On May 25, 2007, I caused a true and accurate copy of the Notice of Removal and the Notice of Filing of Notice of Removal of Defendant Neumann to be served via first-class mail, postage prepaid, on plaintiff's counsel, William C. Rand, Esq., Law Office of William Coudert Rand, 711 Third Avenue, Suite 1505, New York, New York 10017.

4. On May 29, 2007, the Notice of Filing of Notice of Removal of Defendant Neumann was duly filed in the Supreme Court of the State of New York, County of New York.

5. On May 29, 2007, Defendant Neumann's Answer was duly filed in the United States District Court for the Southern District of New York.

6. On May 29, 2007, I caused a true and accurate copy of the Answer to be served via the CM/ECF system and via first-class mail, postage prepaid, on plaintiff's counsel, William C. Rand, Esq., Law Office of William Coudert Rand, 711 Third Avenue, Suite 1505, New York, New York 10017.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jason A. Masimore