William C. Rand, Esq.
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Ave., Suite 1505
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(212) 599-7909
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL P. TIERNEY,                                              :   07 Civ. 4090 (BSJ) (JCF)
                                                                 :
                Plaintiff,                                          :
                                                                 :
     -against-                                                  :
                                                                 :
GERAED A. NEUMANN,                                               :
                                                                 :
                Defendant.                                          :
----------------------------------------------------------------X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned appears as counsel for Plaintiff Michael P. Tierney to represent him in the above captioned case. I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 7, 2007

                                              LAW OFFICE OF WILLIAM COUDERT RAND

                                              */s/ W.C.R.*
                                              _____
                                              William Coudert Rand, Esq. (WR-7685)
                                              711 Third Avenue, Suite 1505
                                              New York, New York 10017
                                              Tel: (212) 286-1425; Fax: 212-599-7909
                                              wcrand@wcrand.com
                                              Attorney for Plaintiff