```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL P. TIERNEY,

                Plaintiff,

-against-

GERARD A. NEUMANN,

                Defendant.

07 CV 04090 (BSJ)

JOINT DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Counsel for Plaintiff Michael P. Tierney ("Plaintiff") and counsel for Defendant Gerard A. Neumann ("Defendant"; together with Plaintiff, the "Parties") have conferred with each other prior to the initial pretrial conference scheduled for September 26, 2007 to discuss the matters set forth in Rule 26(f). The Parties now respectfully submit this Joint Discovery Plan to the Court.

### I. PROPOSED DEADLINES

The parties jointly propose the following deadlines:

| | |
|---|---|
| Deadline for the Parties to make Rule 26(a)(1) Disclosures | September 30, 2007 |
| Parties' deadline to respond to discovery requests served before September 30, 2007 | October 31, 2007 |
| Deadline to join other parties | January 1, 2008 |
| Parties' deadline to designate expert witnesses, including deadline to make Rule 26(a)(2) Expert Disclosures | January 15, 2008 |
| Parties' deadline to designate rebuttal expert witnesses, including deadline to make Rule 26(a)(2) Expert Disclosures | January 31, 2008 |
| Deadline to complete discovery | February 27, 2008 |

| Deadline to file motions; including summary judgment, other dispositive motions and objections to experts | March 31, 2008 |
|---|---|
| Deadline to submit Joint Pretrial Order if no summary judgment or other dispositive motions filed | March 31, 2008 |
| Deadline to submit Join Pretrial Order if a Party files a summary judgment or other dispositive motion | Within 30 days after date a ruling on the dispositive motion is entered |

## II.   RULE 26(a)(1) DISCLOSURES

The Parties jointly agree that Rule 26(a)(1) disclosures will be made by September 30, 2007. No changes are necessary to the form or requirement for disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## III.   DISCOVERY

The Parties anticipate that discovery will be completed by February 27, 2008. Discovery will be required on both liability and damages in this case. The forms of discovery permitted under the Federal Rules of Civil Procedure will be appropriate in this case, including interrogatories, requests for production, requests for admission and depositions of the parties, third parties and expert witnesses.

## IV.   PROTECTIVE ORDER

The parties agree that a protective order in the form attached hereto as Exhibit A is appropriate in this case to prevent the public dissemination of confidential materials.

Dated: New York, New York
September __, 2007

HUGHES HUBBARD & REED LLP

By: _____
Christopher M. Paparella
Jason A. Masimore
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Gerard A. Neumann.

Dated: New York, New York
September __, 2007

LAW OFFICE OF WILLIAM COUDERT RAND

By: _____
William Coudert Rand
711 Third Avenue, Suite 1505
New York, New York 10017-4056
(212) 286-1425

Attorneys for Michael P. Tierney.

SO ORDERED.

Dated: 10/1/07

_____
Hon. James C. Francis
United States Magistrate Judge

- 3 -