```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL P. TIERNEY,

                              Plaintiff,

      -against-

GERARD A. NEUMANN,

                             Defendant.

1:07-CV-04090-BSJ-JCF

REVISED JOINT
DISCOVERY PLAN + ORDER

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Counsel for Plaintiff Michael P. Tierney ("Plaintiff") and counsel for Defendant Gerard A. Neumann ("Defendant"; together with Plaintiff, the "Parties") have conferred with each other and now respectfully submit this Revised Joint Discovery Plan to the Court.

## I. PROPOSED DEADLINES

The parties jointly propose the following deadlines:

| | |
|---|---|
| Parties' deadline to respond to discovery requests served before January 31, 2008 | February 29, 2008 |
| Deadline to join other parties | May 8, 2008 |
| Parties' deadline to designate expert witnesses, including deadline to make Rule 26(a)(2) Expert Disclosures | May 15, 2008 |
| Parties' deadline to designate rebuttal expert witnesses, including deadline to make Rule 26(a)(2) Expert Disclosures | May 30, 2008 |
| Deadline to complete discovery | June 30, 2008 |
| Deadline to file motions; including summary judgment, other dispositive motions and objections to experts. | July 31, 2008 |
| Deadline to submit Joint Pretrial Order if no summary judgment or other dispositive motions filed | July 31, 2008 |
| Deadline to submit Joint Pretrial Order if a Party files a summary judgment or other dispositive motion | Within 30 days after date a ruling on the dispositive motion is entered |

Case 1:07-cv-04090-BSJ-JCF    Document 9    Filed 01/02/2008    Page 1 of 3

## II.   RULE 26(a)(1) DISCLOSURES

The Parties have exchanged Rule 26(a)(1) initial disclosures.

## III.   DISCOVERY

The Parties anticipate that discovery will be completed by June 30, 2008. Discovery will be required on both liability and damages in this case. The forms of discovery permitted under the Federal Rules of Civil Procedure will be appropriate in this case; including interrogatories, requests for production, requests for admission and depositions of the parties, third parties and expert witnesses.

## IV.   PROTECTIVE ORDER

The parties agree that the previously-entered protective order is appropriate in this case to prevent the public dissemination of confidential materials.

Dated: New York, New York
January 2, 2008

HUGHES HUBBARD & REED LLP

By: _____
Christopher M. Paparella
Jason A. Masimore
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Gerard A. Neumann.

Dated: New York, New York
January 2, 2008

LAW OFFICE OF WILLIAM COUDERT RAND

By: _____
William Coudert Rand
711 Third Avenue, Suite 1505
New York, New York 10017-4056
(212) 286-1425

Attorneys for Michael P. Tierney.

SO ORDERED.

Dated: 1/2/08

_____
Hon. James C. Francis
United States Magistrate Judge

- 3 -