711 Third Ave., Suite 1505
New York, New York 10017
(Phone) 212-286-1425; (Fax) 212-599-7909
email: wcrand@wcrand.com

**MEMO ENDORSED**

VIA FAX 212-805-7930

```
USDS SDNY                        May 7, 2008
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

Magistrate Judge James C. Francis
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Phone: 212-805-0206; Fax 212-805-7930

      Re:   Michael P. Tierney v. Gerard A. Neumann,
           Case No. 07 CV 04090 (BSJ) (S.D.N.Y.)

Dear Judge Francis:

    I represent Plaintiff Michael Tierney and am writing to request that the May 8, 2008 deadline to join other parties set forth in your Order dated January 2, 2008 be extended until June 30, 2008, the deadline currently set for completion of all discovery. I am requesting this extension because we believe that there may be issues as to whether Defendant Neumann is still a director, officer, and/or owner of Seneca Investments LLC, and therefore we would request that we be able to determine through discovery the answers to these issues, among others, prior to making a decision as to whether additional parties should be joined.

    I have requested Defendant's consent for this request and have not yet received a response. This is the first time that Plaintiff has requested this extension. We thank you for your consideration of this request.

                                          Sincerely,

                                          /s/ William C. Rand

                                          William C. Rand

cc:

Jason A. Massimore, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004-1482
Phone 212-837-6000; Fax 212-422-4726

---

*Handwritten endorsement:*

5/8/08

The deadline to join additional parties is extended to May 30, 2008 only.

SO ORDERED.

/s/ James C. Francis IV
USMJ