UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL P. TIERNEY,

                              Plaintiff,

-against-

GERARD A. NEUMANN,

                              Defendant.

Index No.: 07-cv-4090-BSJ-JCF

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING THE COMPLAINT**

        **PLEASE TAKE NOTICE** that upon the accompanying declaration of Defendant Gerard A. Neumann dated May 21, 2008, and the exhibits thereto, and memorandum of law Defendant will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at a time and date determined by this Court for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing the complaint in this action and awarding such other relief as the Court may find to be just and equitable.

                                                        Respectfully submitted,

                                                        HUGHES HUBBARD & REED LLP

                                        By:    /s Christopher Paparella
                                                 Christopher Paparella
                                                 Jason A. Masimore
                                                 William J. Sanchez
                                                 Attorneys for Defendant
                                                 One Battery Park Plaza
                                                 New York, New York 10004
                                                 Tel: (212) 837-6000
                                                 Fax: (212) 299-6804

To:    William Coudert Rand, Esq.
          Attorney for Plaintiff
          711 Third Avenue, Suite 1505
          New York, New York 10017