UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

MICHAEL P. TIERNEY,

                                     Plaintiff,

                 -against-                              Index No.:  07-cv-4090-BSJ-JCF

GERARD A. NEUMANN,

                                     Defendant.

-----------------------------------------------------------

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on May 21, 2008, I caused true and correct copies of Defendant Gerard A. Neumann's Notice of Motion for Judgment on the Pleadings Dismissing the Complaint, and his Memorandum and Declaration in support of same by ECF, email, and overnight by Federal Express to:

       William Coudert Rand
       Law Offices of William Coudert Rand
       711 Third Avenue, Suite 1505
       New York, New York 10017
       wcrand@wcrand.com

       *Attorney for Plaintiff Michael P. Tierney*

                               _/s Jason A. Masimore_____
                                 Jason A. Masimore