UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL P. TIERNEY,

                Plaintiff,

-against-

GERARD A. NEUMANN,

                Defendant.

Index No.: 07-cv-4090-BSJ-JCF

**DECLARATION OF DEFENDANT NEUMANN IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING THE COMPLAINT**

---

GERARD A. NEUMANN, declares as follows under penalty of perjury:

1. From May 2, 2001 to February 27, 2008, I was a director and chief financial officer of Seneca Investments LLC ("Seneca") and Plaintiff Michael Tierney was a director and chief executive officer. In March 2004, I acquired beneficial ownership of 20% of Seneca. On February 27, 2008, I resigned as an officer and director of Seneca and transferred nearly all of my interest in Seneca to Omnicom pursuant to a settlement agreement resolving certain disputes between Omnicom and me. Omnicom and I removed Plaintiff as an officer and director of Seneca and elected new officers and directors prior to entering into the settlement agreement.

2. Attached hereto as Exhibit 1 is a copy of the Restated Organization and Operating Agreement of Seneca (the "Operating Agreement"), dated as of March 31, 2004. Attached hereto as Exhibit 2 is a copy of Seneca's Charter, which is Exhibit A to the Operating Agreement and is incorporated into the Operating Agreement.

Dated: May 21, 2008
      Glen Ridge, New Jersey

                                            _____
                                            Gerard A. Neumann