UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL P. TIERNEY,

                      Plaintiff,

      -against-                        Index No.:  07-cv-4090-BSJ-JCF

GERARD A. NEUMANN,

                      Defendant.

---

## **CERTIFICATE OF SERVICE**

        I hereby certify that on May 21, 2008, I caused true and correct copies of Defendant Gerard A. Neumann's Notice of Motion for Judgment on the Pleadings Dismissing the Complaint, and his Memorandum and Declaration in support of same by ECF, email, and overnight by Federal Express to:

        William Coudert Rand
        Law Offices of William Coudert Rand
        711 Third Avenue, Suite 1505
        New York, New York 10017
        wcrand@wcrand.com

        *Attorney for Plaintiff Michael P. Tierney*


                                                                /s Jason A. Masimore_____
                                                                Jason A. Masimore