Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL P. TIERNEY,

                     Plaintiff,

    -against-

GERARD A. NEUMANN,

                    Defendant.

Index No.: 07-cv-4090-BSJ-JCF

**STIPULATED BRIEFING SCHEDULE**

---

IT IS STIPULATED AND AGREED, by and between Plaintiff Michael P. Tierney and Defendant Gerard A. Neumann, by their attorneys, as follows:

1.    Plaintiff's opposition papers to Defendant's motion for judgment on the pleadings shall be filed and served by Thursday, June 12, 2008.

2.    Defendant's reply papers shall be filed and served by Tuesday, June 24, 2008.

LAW OFFICE OF WILLIAM COUDERT RAND

By: _____
William C. Rand

711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425

*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By: _____
Christopher Paparella
Jason A. Masimore

One Battery Park Plaza
New York, New York 10004
(212) 837-6804

*Attorneys for Defendant*

So Ordered: _Barbara S. Jones_
6/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08