**LAW OFFICE OF WILLIAM COUDERT RAND**
711 Third Ave., Suite 1505
New York, New York 10017
(Phone) 212-286-1425; (Fax) 212-599-7909
email: wcrand@wcrand.com

VIA FAX 212-805-6191

June 12, 2008

Hon. Barbara S. Jones
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, Courtroom: 18B
500 Pearl St, Room 620
New York, NY 10007
Chambers Phone: (212) 805-6185
Deputy Phone: (212) 805-6185

      Re:    **Michael P. Tierney v. Gerard A. Neumann,**
             **Case No. 07 CV 04090 (BSJ) (S.D.N.Y.)**

Dear Honorable Judge Jones:

      I represent Plaintiff Michael Tierney and am writing, pursuant to your rules, to request that the Briefing Schedule on Defendant's Motion for Judgment on the Pleadings (See Order Dated June 4, 2008 attached hereto) be adjourned by one day so that Plaintiff's opposition papers to Defendant's motion shall be filed on June 13, 2008 and Defendant's Reply papers be filed on Wednesday June 25, 2008. This is the first request to extend the briefing schedule.

      The reason for the belated request is that the Deposition of the Plaintiff which occurred today was running late, and thus the parties agreed to delay the Briefing Schedule by one day to permit the deposition to be completed. Defendant has agreed to and joins in this request.

      If the Court desires a revised stipulated scheduling order for the motion please let me know. Thank you for your consideration of this request.

                                                Respectfully,

                                                William C. Rand

cc:

Jason A. Massimore, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004-1482
Phone 212-837-6000; Fax 212-422-4726

Application GRANTED

SO ORDERED
Dated: 6/13/08
BARBARA S. JONES
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08