```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL P. TIERNEY,

                      Plaintiff,

-against-

GERARD A. NEUMANN,

                      Defendant.

1:07-CV-04090-BSJ-JCF

**STIPULATED REVISED JOINT DISCOVERY ORDER**

The parties, Plaintiff Michael P. Tierney ("Plaintiff") and Defendant Gerard A. Neumann ("Defendant"; together with Plaintiff, the "Parties"), by their counsel, hereby stipulate and agree to the following Revised Joint Discovery Order:

| | |
|---|---|
| Parties' deadline to respond to discovery requests served before January 31, 2008 | February 29, 2008 |
| Deadline to join other parties | May 8, 2008 |
| Parties' deadline to designate expert witnesses, including deadline to make Rule 26(a)(2) Expert Disclosures | May 15, 2008 |
| Parties' deadline to designate rebuttal expert witnesses, including deadline to make Rule 26(a)(2) Expert Disclosures | May 30, 2008 |
| Deadline to complete discovery | September 30, 2008 |
| Deadline to file motions; including summary judgment, other dispositive motions and objections to experts. | October 31, 2008 |
| Deadline to submit Joint Pretrial Order if no summary judgment or other dispositive motions filed | October 31, 2008 |
| Deadline to submit Joint Pretrial Order if a Party files a summary judgment or other dispositive motion | Within 30 days after date a ruling on the dispositive motion is entered |

The Parties seek this revised order to permit defendant Neumann to produce additional documents prior to scheduling the deposition of Defendant Neumann and also to

- 1 -

accommodate the schedule of non-party Dara Akbarian whose attorney requested that his document production and deposition occur during July and August, 2008. The parties agree that no new document requests will be served unless they relate to new information learned from discovery taken subsequent to June 11, 2008.

Stipulated and Agreed:

Dated: New York, New York
June 17, 2008

HUGHES HUBBARD & REED LLP

By: _____
Christopher M. Paparella
Jason A. Masimore
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Gerard A. Neumann.

Dated: New York, New York
June 17, 2008

LAW OFFICE OF WILLIAM COUDERT RAND

By: _____
William Coudert Rand
711 Third Avenue, Suite 1505
New York, New York 10017-4056
(212) 286-1425

Attorneys for Michael P. Tierney.

SO ORDERED.

Dated: 6/27/08

_____
Hon. James C. Francis
United States Magistrate Judge

-2-