UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL P. TIERNEY,

                       Plaintiff,

       -against-                      Index No.: 07-cv-4090-BSJ-JCF

GERARD A. NEUMANN,

                       Defendant.

## **CERTIFICATE OF SERVICE**

        I hereby certify that on June 27, 2008, I caused true and correct copies of Defendant's Reply Memorandum in Further Support of His Motion for Judgment on the Pleadings Dismissing the Complaint and Declaration of Jason A. Masimore and its exhibits by ECF and email to:

        William Coudert Rand
        Law Offices of William Coudert Rand
        711 Third Avenue, Suite 1505
        New York, New York 10017
        wcrand@wcrand.com
        *Attorney for Plaintiff Michael P. Tierney*

                                                        /s/ Jason A. Masimore