# EXHIBIT 1

# Omnicom Group Inc.

February 16, 2007

Private and Confidential

Mr. Michael Tierney
60 Doubling Road
Greenwich, CT 06830

Dear Mr. Tierney:

The Restated Charter unequivocally precludes you, acting on behalf of Seneca, from paying or distributing any of Seneca's funds, assets or securities without Omnicom's prior written consent. Specifically, Section 6(d)(ix) of the Restated Charter states that Seneca "will not, *without first having obtained Omnicom's prior written consent* . . . pay or distribute funds, assets or securities to Stockholders, directors, officers, key management employees or any persons controlling, controlled by, under common control with or otherwise affiliated with, or a member of a family of, any such person," except in situations not applicable here.

Omnicom does not consent to any future payments or distributions of Seneca's funds, assets or securities. If you intend to make such a payment or distribution over our objections as set forth here, we expect that you will provide us with reasonable notice in advance of such action.

Omnicom is hereby exercising its rights pursuant to Section 6(e) of the Restated Charter and Delaware law to access immediately the "financials, records and accountants" of Seneca. Please advise as to whether we should coordinate Omnicom's access through you or through Jerry Neumann.

Additionally, you will find enclosed a notice which we have directed to the attention of Jerry Neumann as Secretary of Seneca calling a Special Meeting of the Stockholders of Seneca pursuant to Section 3(a) of the Bylaws of Seneca. At such meeting we would like to discuss the current status of each of Seneca's investments as well as the future business and activities of Seneca.

Thank you for your anticipated cooperation.

*Omnicom Group Inc.*

Omnicom Group Inc.

437 Madison Avenue, New York, N.Y. 10022  (212) 415-3600  Fax (212) 415-3530



EXHIBIT
13
6/24/08