UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL P. TIERNEY,

                        Plaintiff,

-against-

GERARD A. NEUMANN,

                        Defendant.

1:07-CV-04090-BSJ JCF

## STIPULATION

On September 4, 2008, Plaintiff filed a motion to amend his complaint. After discussions between Plaintiff's and Defendant's counsel concerning their scheduling constraints, Plaintiff and Defendant now, therefore, stipulate and agree to the following briefing schedule:

    Plaintiff may file an opposition papers on or before October 14, 2008;

    Defendant may file reply papers on or before October 31, 2008.

Dated: New York, New York
September 10, 2008

HUGHES HUBBARD & REED LLP

By: 
    Christopher M. Paparella
    Jason A. Masimore
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Gerard A. Neumann.

- 1 -

WCR

Dated: New York, New York
      September __, 2008

LAW OFFICE OF WILLIAM COUDERT RAND

By: *WmC R*

    William Coudert Rand
711 Third Avenue, Suite 1505
New York, New York 10017-056
(212) 286-1425

Attorneys for Michael P. Tierney.

SO ORDERED.

Dated: 9/10/08

*Barbara S. Jones*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08
```

- 2 -