UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL P. TIERNEY,

                Plaintiff,

-against-

GERARD A. NEUMANN,

                Defendant.

1:07-CV-04090-BSJ-JCF

**STIPULATED REVISED JOINT DISCOVERY ORDER**

      The parties, Plaintiff Michael P. Tierney ("Plaintiff") and Defendant Gerard A. Neumann ("Defendant"; together with Plaintiff, the "Parties"), by their counsel, hereby stipulate and agree to the following Revised Joint Discovery Order:

| | |
|---|---|
| Deadline to complete discovery | January 15, 2009 |
| Deadline to file motions; including summary judgment, other dispositive motions and objections to experts. | February 16, 2009 |
| Deadline to submit Joint Pretrial Order if no summary judgment or other dispositive motions filed | March 2, 2009 |
| Deadline to submit Joint Pretrial Order if a Party files a summary judgment or other dispositive motion | Within 30 days after date a ruling on the dispositive motion is entered |

      The Parties seek this revised order to permit the Court to rule on Plaintiff's Motion to Amend the Complaint prior to scheduling the deposition of Defendant Neumann and to give the Parties time to complete the discovery of the subpoenaed non-party witnesses. The Parties' prior agreement that no new document requests will be served unless they relate to new

- 1 -

information learned from discovery taken subsequent to June 11, 2008 remains in effect, except in the event that Plaintiff's Motion to Amend the Complaint is granted.

Stipulated and Agreed:

Dated: New York, New York
September 1**Y**, 2008

HUGHES HUBBARD & REED LLP

By: _____
Christopher M. Paparella
Jason A. Masimore
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Gerard A. Neumann.

Dated: New York, New York
September __, 2008

LAW OFFICE OF WILLIAM COUDERT RAND

By: _____
William Coudert Rand
711 Third Avenue, Suite 1505
New York, New York 10017-4056
(212) 286-1425

Attorneys for Michael P. Tierney.

SO ORDERED.

Dated: 9/17/08

_____
Hon. James C. Francis, IV
United States Magistrate Judge

-2-

60396523_1.DOC